UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Cohen,

        Plaintiff(s),

  -against –

J. P. Morgan Chase Bank (JPMCB), et al.,

        Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:21-CV-08181 (CS)

<u>Seibel, J.</u>

  It having been reported to this Court that the claims in this case have been settled **(as only to Defendant J. P. Morgan Chase Bank (JPMCB))**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant J. P. Morgan Chase Bank (JPMCB))**; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

  **SO ORDERED**.

Dated: August 30, 2022
   White Plains, New York

               _____
                 CATHY SEIBEL, U.S.D.J.