UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Cohen,

                       Plaintiff(s),

           -against –

J. P. Morgan Chase Bank (JPMCB), et al.,
                       Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:21-CV-08181 (CS)

<u>Seibel, J.</u>

It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Experian Information Solutions)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Experian Information Solutions)**; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored. **As Defendant Experian Information Solutions is the only remaining Defendant in this case, the Clerk is directed to close this case.**

       **SO ORDERED**.

Dated: September 13, 2022
       White Plains, New York

                                        *Cathy Seibel*

                                 _____

CATHY SEIBEL, U.S.D.J.